UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL G. SMITH, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LT. COREY GUNN, SGT. JEFFERY )<br>GILLS, C/O TAYLOR, SUSAN GUNN, )<br>And WARDEN DENNIS CALWEBB, )<br>)<br>Defendants. ) | Case No. CV414-248 |

## ORDER

Before the Court is Michael G. Smith's 42 U.S.C. § 1983 civil rights complaint claiming that several Wilcox State Prison guards savagely beat him on multiple occasions. (Doc. 1.) While he is currently detained within the jurisdiction of this Court (Telfair State Prison), all of the defendants named in the complaint reside within the jurisdiction of the United States District Court for the Middle District of Georgia, *see* 28 U.S.C. § 90(b)(4) (Wilcox County lies within the Middle District's Americus Division), and all of the facts underlying the complaint transpired there. Since his claims have no connection to this District,

and since he does not allege that any defendant resides here, Smith's case must be transferred to the Middle District of Georgia. 28 U.S.C. § 1391 (venue); 28 U.S.C. § 1406 (permitting district courts to dismiss or transfer cases suffering from venue defects). Accordingly, the Clerk is **DIRECTED** to transfer this case to the United States District Court for the Middle District of Georgia for all further proceedings.

**SO ORDERED** this 24Th day of November, 2014.

_____
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**